No. 809.

SUCCESSION OF ALEXANDER MELANÇON. Opposition of EULALIE LATIOLAIS.

Where a widow, in necessitous circumstances, opposes the administrator's account of a deceased husband's estate, claiming that she is entitled to one thousand dollars under the homestead act, and it appears that the children own more than one thousand dollars in their own right, the widow does not come within the provisions of the statute.

APPEAL from the Parish Court of the parish of St. Martin. *Fournet, J.* F. *Voorhies* and E. *Simon,* for opponent and appellee. Z. F. *Fournet,* for the administrator and appellant.

LUDELING, C. J. Alexander Melançon was twice married. By his first marriage he had six children; by his second he did not have any children. The estate of the father is indebted to the children in the sum of $2751 55, and there are funds in the hands of the administrator to pay the debts.

The widow is in necessitous circumstances, and she opposed the administrator's account, claiming that she is entitled to one thousand dollars under the homestead act.

The statute provides that "a sum, which, added to the amount of property owned by them (the widow and children), or either of them, in their own right, will make up the sum of one thousand dollars," shall be given to the widow and children.

As the children own more than one thousand dollars in their own right, the widow does not come within the provisions of the statute. Stewart v. Stewart, 13 An. 398; 15 An. 527.

It is therefore ordered that the judgment of the lower court be reversed, and that the opposition to the account be dismissed with costs in both courts.

WYLY, J. I concur only on the authority of Stewart v. Stewart, 13 An. 398.